## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTIN RUBERT,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC.,<br><br>Defendant. | Civil Action No. 3:18-cv-01907 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Justin Rubert ("Plaintiff") and Defendant Santander Consumer USA Inc. ("SC") (collectively, the "Parties"), hereby stipulate that all individual claims of Plaintiff in this action against SC, including all claims asserted in Plaintiff's Complaint, are dismissed with prejudice as to SC, with the Parties to bear their own fees and costs. This action should be marked closed.

Dated:  June 20, 2018

Respectfully submitted,

*s/ Edward B. Geller*
Edward B. Geller
**M. Harvey Rephen & Assoc.**
15 Landing Way
Bronx, NY 10464

*/s/ Jarrod D. Shaw*
Jarrod D. Shaw
**McGuireWoods LLP**
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.7907
Facsimile: 412.402.4193
jshaw@mcguirewoods.com

*Attorney for Plaintiff*

*Attorney for Defendant Santander Consumer USA Inc.*

SO ORDERED this 21st day of
_____June_____, 2018